IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PHILLIP GARY SISSON, #213 343, <br> SAM OGLE, #109 996, <br><br> Plaintiffs, <br><br> v. <br><br> MAILROOM ADMINISTRATOR, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO.:  2:12-CV-128-TMH <br> )                               [WO] <br> ) <br> ) <br> ) <br> ) |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. #2) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the Recommendation (Doc. #2) of the Magistrate Judge is ADOPTED and this case is TRANSFERRED to the United States District Court for the Northern District of Alabama for all further proceedings pursuant to the provisions of 28 U.S.C. § 1404.

Done this 8th day of March, 2012.

/s/ Truman M. Hobbs

_____
SENIOR UNITED STATES DISTRICT JUDGE